IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CATHY ANN WEST,

           Plaintiff,           No. 3:10-cv-01421-PK

    v.

MICHAEL J. ASTRUE,           ORDER
Commissioner of Social Security,

           Defendant.

BROWN, District Judge:

    Magistrate Judge Papak issued a Findings and Recommendation (#28) on July 13, 2012, in which he recommends that this Court reverse and remand the Commissioner's decision for further proceedings.

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v.

1 - ORDER

Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [28]. Accordingly, the Commissioner's decision is reversed and remanded for further proceedings.

IT IS SO ORDERED.

DATED this 2nd day of August, 2012.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

2 - ORDER