IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CATHY A. WEST,                                         3:10-CV-01421-AC

       Plaintiff,                                  ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security.

       Defendant.


**JAMES S. COON**
Swanson, Thomas, Coon & Newton
820 S.W. Second Ave.,
Suite 200
Portland, OR 97204
(503) 228-5222

    Attorneys for Plaintiff

**S. AMANDA MARSHALL**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003

1 - ORDER

**BRETT EDWARD ECKELBERG**
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98105/7075

**ROBERTA G. BOWIE**
Office of the General Counsel
Social Security Administration
1301 Young Street
SuiteA702
Dallas, TX 75202-4117
(214) 767-4183

      Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued a Findings and Recommendation (#37) on January 9, 2013, in which he recommends the Court grant Plaintiff's uncontested Motion (#33) for Attorney Fees and Expenses in the amount of $1,997.94 for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), and expenses for postage and copying costs in the amount of $21.61 under 28 U.S.C. § 1920 as the prevailing party in this case.  This matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    On January 15, 2013, Plaintiff filed a Supplemental Memorandum in support of the Magistrate Judge's Recommendation setting forth the hourly rates billed for the services of the paralegal and a copy of Section 3 of the 2010 National Utilization and Compensation Survey Report.  Defendant did not file a response or an objection to the Supplemental Memorandum

2 - ORDER

nor has any party filed Objections to the Magistrate Judge's Findings and Recommendation.

On this record the Court, therefore, is relieved of its obligation to review the record *de novo* as to the Findings and Recommendation.  *See Shiny Rock Min. Corp v. U.S.*, 825 F.2d 216, 218. (9th Cir. 1987).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#37).  Accordingly, the Court **GRANTS** Plaintiff's Motion (#33) for Attorney Fees and Expenses and **AWARDS** Plaintiff reasonable attorney fees in the amount of $1,997.94 and expenses for postage and copying costs in the amount of $21.61.

IT IS SO ORDERED.

DATED this 8th day of February, 2013.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge